[No. 4740–1. Division One. June 13, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. PHILLIP A. HALL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 74808, Donald J. Horowitz, J., entered April 22, 1976. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris, C.J., and Swanson, J.

[No. 4759–1. Division One. June 13, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. GERALD LEE JACKSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 75424, Robert W. Winsor, J., entered May 27, 1976. *Affirmed* by unpublished opinion per James, J., concurred in by Farris, C.J., and Swanson, J.

[No. 4943–1. Division One. June 13, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. BARBARA JEAN HARRINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 74674, James W. Mifflin, J., entered July 15, 1976. *Reversed* by unpublished per curiam opinion.